IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPECTRUM PRODUCE DISTRIBUTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRESH MARKETING, INC., ET AL., <br><br> Defendants. | Civil No. 11-6368 (JBS-KMW) <br><br> **ORDER & JUDGMENT** |

This matter having come before the Court upon Plaintiff's motion for default judgment [Docket Item 25]; the Court having considered Plaintiff's submissions and no opposition having been filed; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this __**12th**__ day of **March, 2012** hereby

ORDERED that Plaintiff's motion for default judgment is **GRANTED IN PART** and **JUDGMENT IS ENTERED** in favor of Spectrum Produce Distributing, Inc. and against Fresh Marketing, Inc., Fresh Marketing Farms, LLC, Maria Donato, and Ralph Donato jointly and severally in the amount of $345,183.09 plus interest in the amount of 1.5% per month for the period from January 12, 2012 to today; and it is further

ORDERED that Plaintiff's motion for default judgment as to Plaintiff's claim for attorney's fees and costs is denied without prejudice to Plaintiff filing the necessary materials to support

judgment as to those amounts consistent with L. Civ. R. 54.1 and 54.2 within fourteen (14) days of the entry of this Order.

                                         **s/ Jerome B. Simandle**
                                         JEROME B. SIMANDLE
                                         Chief U.S. District Judge